3:00-cr-30085-RM     # 25     Page 1 of 3

CD/IL PROB 12B
(Rev. 3/99)

E-FILED
Friday, 22 September, 2006   04:21:45 PM
Clerk, U.S. District Court, ILCD

# United States District Court

for

**CENTRAL DISTRICT OF ILLINOIS**

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Sean Youngblood   **CASE NUMBER:** 00-30009-001<br>520 Breckenridge Drive   and 00-30085-001<br>Dunlap, IL 61525 |
| **SENTENCING JUDICIAL OFFICER:** | RICHARD MILLS<br>U.S. District Judge<br>(Case transferred to U.S. District Judge Jeanne E. Scott) |
| **DATE OF ORIGINAL SENTENCE:** | 05/01/01 |
| **ORIGINAL OFFENSE:** | Case No. 00-30009: Bank Fraud (Count Nos. 3, 4, and 5) and Use of False Social Security Account (Count 6); Case No. 00-30085: Mail Fraud |
| **ORIGINAL SENTENCE:** | 33 months imprisonment in each case to run concurrently, $27,419.84 restitution, five years supervised release in Case No. 00-30009 and three years supervised release in Case No. 00-30085 to run concurrently, with the following special conditions: 1) No new debts; 2) Access to financial information; 3) Refrain from alcohol, participate in substance abuse treatment; 4) No weapons; 5) 20 hours of community service if unemployed; and 6) Participate in psychiatric services/mental health counseling/treatment. |
| **TYPE OF SUPERVISION:** | Supervised Release |
| **DATE SUPERVISION COMMENCED:** | 04/20/05 |

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[x]   To modify the conditions of supervision as follows:

Special condition No. 7:  You shall serve 90 days in home confinement during your term of supervision.  The home confinement will start as soon as possible. You shall sign the rules of home confinement/electronic monitoring and comply with the conditions of home confinement.  During this time, you will remain at your place of residence at all times and shall not leave except when such leave is approved in advance by your probation officer.  You shall wear an EM device and you shall pay the cost of this program as directed by your probation officer.

Special condition No. 8: You shall have no contact with Tara Green.

Re: YOUNGBLOOD, Sean

**CAUSE**

On about **July 24, 2006**, Peoria County Sheriff's Officer Patterson was dispatched to 4500 West Cedar Hills Drive, Dunlap, Illinois, to investigate a fight. Upon Officer Patterson's arrival, he met with Tara Green, the offender's girlfriend. Tara Green informed Officer Patterson that she and the offender were arguing because she asked the offender to move out of her residence. The offender become upset, and replied he had no place to live or any money. The offender then pushed Tara with an open palm in the chest and punched her on the right side of her face several times with a closed fist. The offender then left said residence. Tara then informed Officer Patterson that the offender was employed at a towing company in Creve Couer, Illinois. Offender Youngblood later met with Officer Patterson at Route 40 and Alta Road. Officer Patterson questioned the offender regarding the incident with Tara Green. The offender replied they were arguing about when he would move out. The offender became upset. The offender denied striking Tara Green with his fist; however, he admitted to Officer Patterson that he bumped her with his head. Offender Youngblood was placed under arrest for domestic violence.

On July 27, 2006, during an office visit with Offender Youngblood, he admitted to U.S. Probation Officer Patrick Howard that he struck Tara Green by bumping her with his head, because she spit on him during an argument.

On about **November 3, 2005**, the offender applied for and obtained a car loan in the amount of $15,000 with Citizens Automobile Financial, 480 Jefferson Boulevard, Warwick, Rhode Island 02886, Account No. 2714970643 with a monthly payment of $276, without the permission of U.S. Probation Officer Patrick Howard.

Respectfully submitted,

S\Patrick M. Howard

PATRICK M. HOWARD
U.S. Probation Officer
Date: September 22, 2006

PMH/js

---

THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[   ] Other

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE

Date:  September 22, 2006

PROB 49
(3/89)

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

```
Special condition No. 7: You shall serve 90 days in home confinement
during your term of supervision.  The home confinement will start as
soon   as   possible.   You   shall   sign   the   rules   of   home
confinement/electronic monitoring and comply with the conditions of
home confinement.  During this time, you will remain at your place of
residence at all times and shall not leave except when such leave is
approved in advance by your probation officer.  You shall wear an EM
device and you shall pay the cost of this program as directed by your
probation officer.

Special condition No. 8: You shall have no contact with Tara Green.
```

Witness: S\Patrick M. Howard          Signed: S\Sean Youngblood
      PATRICK M. HOWARD              SEAN YOUNGBLOOD
      U.S. Probation Officer               Supervised Releasee

September 22, 2006